■ DORIS THURBER, Appellant, v KENNETH THURBER, Respondent. [721 NYS2d 288] —In an action to recover damages for

unjust enrichment, the plaintiff appeals from a judgment of the Supreme Court, Suffolk County (Seidell, J.), dated November 12, 1999, which, after a nonjury trial, dismissed the complaint.

Ordered that the judgment is affirmed, with costs.

The Supreme Court properly dismissed the complaint. The appellant failed to establish by a preponderance of the evidence that the respondent's retention of certain marital property constituted unjust enrichment (*see, Sharp v Kosmalski,* 40 NY2d 119).

The appellant's remaining contentions are without merit (*see, Matter of Gould v Board of Educ.,* 81 NY2d 446; *Marine Midland Bank-Southern v Thurlow,* 53 NY2d 381; *Stage Club Corp. v West Realty Co.,* 212 AD2d 458; *Katz v American Tech. Indus.,* 96 AD2d 932). Friedmann, J. P., Florio, Luciano and Feuerstein, JJ., concur.